UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jesus Carmona,

Plaintiff,

v.

Anthony D. Erholtz and
Deny Peterson,

Defendants.

ORDER

Civil 00-2781 (MJD/ESS)

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Base upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceeding herein,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket Nos. 2 and 3), be **DENIED**;

2. This action be **DISMISSED WITH PREJUDICE**, pursuant to 28 U.S.C. § 1915A(b)(1);

3 Plaintiff be required to pay the unpaid valance of he Court filing fee, namely $145.00, in accordance with 28 U.S.C. § 1915(b)(2); and,

FILED AUG 3 1 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. The dismissal of this action be counted as a "strike" against Plaintiff for purposes of 28 U.S.C. § 1915(g).

Dated: August 31, 2001

MICHAEL J. DAVIS, Judge
United States District Court